UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMONT WILLIAMS,

    Petitioner,                                          Case No. 11-cv-10992
                                                             Honorable Denise Page Hood

v.

PAUL D. KLEE,

    Defendant.

_____/

**JUDGMENT**

This matter came before the Court on a Petition for Writ of Habeas Corpus. In accordance with the Opinion and Order entered on October 31, 2012, the Petition for Writ of Habeas Corpus is DISMISSED AS MOOT. A Certificate of Appealability is DENIED.

IT IS ORDERED.


Dated: October 31, 2012                      s/Denise Page Hood
                                                       DENISE PAGE HOOD
                                                       UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Wednesday, October 31, 2012, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                         Case Manager